for respondent.

No. 633. NORTH v. UNITED STATES. March 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Mr. Howard A. Newman* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Robert S. Erdahl* for the United States.

No. 597. McMURTRY v. UNITED STATES. March 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Dewey Wallace McMurtry, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Robert S. Erdahl* and *W. Marvin Smith* for the United States.

No. 647. BOOTH v. STATE FARM MUTUAL AUTOMOBILE INSURANCE Co. March 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Morton L. Wallerstein* and *Philip Rosenfeld* for petitioner.

No. 667. KELLY v. DOWD, WARDEN. March 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.

No. 676. KELLY v. DOWD, WARDEN. March 6, 1944. Petition for writ of certiorari to the Circuit Court of Ap-